UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**AHMAAD WHITE,**

    **Plaintiff,**

**v.**                                                          **Cause No. 2:23-CV-01080 DHU/GJF**

**CITY OF HOBBS, NEW MEXICO,**

    **Defendant.**

### FOURTH AMENDED SCHEDULING ORDER

**THIS MATTER** comes before the Court on the Parties' joint request for an extension of pretrial deadlines. The Court finds good cause to extend the pretrial and trial deadlines.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties shall adhere to the following extended case management deadlines:

1. Termination of discovery             **November 28, 2025**
2. Motions relating to discovery       **December 12, 2025**
3. Mediation deadline                  **December 31, 2025**
4. All other motions                    **January 23, 2026**[1]
5. Trial date and pretrial order deadline to be set by presiding judge.

Any extension of the case management deadlines must be approved by the Court. The parties, however, may extend their response and reply deadlines "by agreement of all parties" if "[f]or each agreed extension, the party requesting the extension . . . file[s] a notice identifying the

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The presiding judge will set a motions-in-limine deadline in a separate order. Counsel should review and comply with the chambers-specific guidelines for the presiding and referral judges assigned to this case, which are available at https://www.nmd.uscourts.gov/judges. Each judge may have practices and submission procedures that counsel are expected to follow.

new deadline and the document (response or reply) to be filed." D.N.M.LR-Civ. 7.4(a). Any extension of these briefing times must not interfere with the case management deadlines established herein.

Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The cutoff for motions related to discovery does not relieve the party of the twenty-one-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties must disclose *all* testifying witnesses, not just those for whom a report is required. *See* Fed. R. Civ. P. 26(a)(2).

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE


**HINKLE SHANOR LLP**

*/s/ Chelsea R. Green*

Richard E. Olson
Chelsea R. Green
P.O. Box 10
Roswell, NM  88202-0010
575-622-6510 / 575-623-9332 Fax
rolson@hinklelawfirm.com
cgreen@hinklelawfirm.com
*Attorneys for Defendant*

**THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**

*/s/ Chris R. Miltenberger*

Chris R. Miltenberger
1360 N. White Chapel, Suite 200
Southlake, TX  76092-4332
817-416-5060
chris@crmlawpractice.com
*Attorneys for Plaintiff*