# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Damian L. Martinez
United States Magistrate Judge

## CLERK'S MINUTES

*White v. City of Hobbs, New Mexico*
2:23-cv-1080 DHU/GJF

---

### December 9, 2025

| | |
|---|---|
| **Plaintiff:** | Ahmaad White; Desiree White |
| **Attorney for Plaintiff:** | Chris Miltenberger |
| **Defendant:** | Joe Klaus (Third-Party Administrator); Selena Estrada (City of Hobbs); Medjine Desrosiers-Douyon (City of Hobbs) |
| **Attorney for Defendant:** | Chelsea Green |
| **Proceeding**: | Settlement Conference |
| **Start Time:** | 9:00 a.m. |
| **Stop Time:** | 12:45 p.m. |
| **Total Time:** | 5.25 hours (1.5 hours related to ex parte conferences with counsel prior to settlement conference) |
| **Clerk:** | MA |

### NOTES

- The parties did not reach a settlement.